NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GREGORY W. INGRAM,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3022

---

Petition for review of the Merit Systems Protection Board in case no. DC831E090776-M-1.

---

**ON MOTION**

---

**ORDER**

Gregory W. Ingram moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GREGORY INGRAM V. OPM                                             2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21